IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07CV360-01-MU

| | |
|---|---|
| TOMMIE L. HARGROVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R. DAVID MITCHELL, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Rehearing, filed January 2, 2008.

On November 15, 2007, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. On December 4, 2007, this Court dismissed Plaintiff's Complaint for failing to state a claim. Plaintiff has now filed a Motion for Rehearing pursuant to Rule 44.

No hearing was ever held in Plaintiff's case. As such no rehearing can be held. However, to the extent Plaintiff wishes this Court to reconsider its December 4, 2007, Order, this Court finds that Plaintiff's generalized allegations provide no basis for this Court to vacate it earlier order.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Rehearing, construed as a Motion to Reconsider, is **DENIED**.

Signed: March 3, 2008

Graham C. Mullen
United States District Judge